JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-09238-ODW (ASx) | Date | November 22, 2022 |
|---|---|---|---|
| Title | *Ruthee Goldkorn v. 9901 La Cienega Los Angeles Esong, L.L.C. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, (ECF No. 40), the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by December 5, 2022, (ECF No. 41). On November 21, 2022, the parties filed a Joint Stipulation to Dismiss Action with Prejudice and Request for Retention of Jurisdiction. (ECF No. 42.) The parties request that the Court retain jurisdiction over the matter to enforce the terms of the parties' agreement and any disputes related thereto. (*Id.* at 3.)

Given that the parties settled this case in its entirety, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement should be enforced in a subsequent lawsuit.

Accordingly, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |